**NOT FOR PUBLICATION**

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10299
Non-Argument Calendar
_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

CARLTON POWER,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 1:22-cr-00020-LAG-ALS-18
_____

Before JORDAN, BRANCH, and LUCK, Circuit Judges.

PER CURIAM:

Kareem L. Todman, appointed counsel for Carlton Power in this revocation of supervised release appeal, has moved to withdraw from further representation of the appellant and filed a

2                    Opinion of the Court                    25-10299

brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Power's sentence is **AFFIRMED**.